UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RANDY PRIMM, | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| vs. | ) Case No. 4:08CV482 JCH |
| | ) |
| ROBERT BURDEN, et al., | ) |
| | ) |
| Defendant(s). | ) |

## JUDGMENT

In accordance with the Memorandum and Order entered this day and incorporated herein,

**IT IS HEREBY ORDERED** that Defendant Burden's Motion for Summary Judgment is **GRANTED** in part, and Plaintiff's § 1983 claim against Defendant Burden is **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** that Plaintiff's state-law claims are **DISMISSED** without prejudice.

Dated this 6th day of April, 2009.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE